IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.,

Plaintiffs

v.                                     CIVIL 98-1668 (SEC)

THE MUNICIPALITY OF CAROLINA, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Request for Second Extension of Time, 9-14-9. | 30 | Granted. |

In San Juan, Puerto Rico, this 22nd day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

