IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2

3    FRANCISCO SIERRA, et al.,

4    Plaintiffs

5    v.                                              CIVIL 98-1668 (SEC)

6

7    THE MUNICIPALITY OF CAROLINA,
     et al.,

8

9    Defendants

10

11                            O R D E R

12

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Request for Additional Extension of Time, 10-13-99. | 32 | Granted. |

16    In San Juan, Puerto Rico, this 19ᵗʰ day of October, 1999.

17

18

19                                     JUSTO ARENAS
                              United States Magistrate Judge
20

21

22

23

24

25

26