IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.,

Plaintiffs

v.                                           CIVIL 98-1668 (SEC)

THE MUNICIPALITY OF CAROLINA,
et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Request for Additional Extension of Time, 10-13-99. | 32 | Granted. |

In San Juan, Puerto Rico, this 6th day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)