IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.,

Plaintiffs

v.                                                    CIVIL 98-1668 (SEC)(JA)

THE MUNICIPALITY OF CAROLINA,
et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Request for Pre-Trial Conference and Jury Trial Scheduling, 01-25-00. | 35 | The pretrial conference is set for April 4, 2000 at 10:30 a.m. Trial date to be set at the pretrial conference. |
| Defendants' Request for Final Extension of Time and to Suggest Dates for the Pre-Trial Conference and Jury Trial, 01-26-00. | 36 | Granted. |

In San Juan, Puerto Rico, this 28th day of January, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)