IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.

Plaintiffs

v.                                                          CIVIL 98-1668 (SEC) (JA)

THE MUNICIPALITY OF CAROLINA,
et al.,

Defendants

<u>ORDER</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Defendants' Motion to Request Authorization to File Documents in Spanish Pending Official Translation, 02-25-00. | 38 | Granted. |
| Defendants' Motion to File Instanter, 02-25-00. | 39 | Granted. |

In San Juan, Puerto Rico, this 29th day of February, 2000.

JUSTO ARENAS
United States Magistrate Judge