IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.

Plaintiffs

v.                                             CIVIL 98-1668(SEC)(JA)

THE MUNICIPALITY OF CAROLINA, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Request of Time to File Opposition to Defendants' Motion for Summary Judgment, 03-22-00. | 44 | Granted. |

In San Juan, Puerto Rico, this 24th day of March, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)