IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.

Plaintiffs

v.                                                    CIVIL 98-1668 (SEC) (JA)

THE MUNICIPALITY OF CAROLINA,
et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by Bámily López Ortiz, Esq., and defendants by Johanna Emmanuelli Huertas, Esq.

The proposed pretrial order is approved. Trial time is estimated at four days. The jury trial will begin on July 17, 2000 at 9:30 a.m. All exhibits are to be premarked. Proposed <u>voir dire</u>, jury instructions and verdict forms are to be submitted in accordance with Local Rule 324. All exhibits agreed to are admitted in evidence once used at trial. Any exhibits marked as such and not used at trial will be deemed withdrawn.

At trial, counsel are now admonished not to make distracting gestures, shuffle papers, open and close binders and books, or whisper loudly during opposing counsel's opening statement or closing argument.

Counsel are prohibited from addressing each other, without leave, in the presence of the jury.

If a jury trial, testimony will be heard from 9:30 a.m. to noon and from 1:30 p.m. to 5:00 p.m., with two 15 to 20 minute breaks. Upon notice, all preliminary matters, extended legal issues or motions *in limine* will be attended to outside of the schedule of testimony.

The defense will reply to the opposition to the motion for summary judgment.

In San Juan, Puerto Rico, this 4th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge

s/c: B. López
J. Emmanuelli

4-7-00