IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.,

Plaintiffs

v.                                                    CIVIL 98-1668 (SEC) (JA)

THE MUNICIPALITY OF CAROLINA,
et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Request for Leave to File Opposition to Defendants' Motion and Memorandum of Law in Support of Summary Judgment Request, 03-31-00. | 46 | Granted. |
| Plaintiffs' Request for Leave to File Exhibits in Spanish Language, 03-31-00. | 47 | Granted. |

In San Juan, Puerto Rico, this 10th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)