IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, his wife
MILDRED IVONNE CACERES, and
their CONJUGAL PARTNERSHIP,

Plaintiffs

v.                                              CIVIL 98-1668 (SEC) (JA)

THE MUNICIPALITY OF CAROLINA
and its Mayor, HONORABLE JOSE E.
APONTE, individually and in his official
capacity,

Defendants

## JUDGMENT

In view of my opinion and order of today, judgment is hereby entered dismissing the complaint.

In San Juan, Puerto Rico, this 16th day of May, 2000.

JUSTO ARENAS
United States Magistrate Judge