IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO SIERRA, et al.,

Plaintiffs

v.                                          CIVIL 98-1668 (SEC/JA)

THE MUNICIPALITY OF CAROLINA,
et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Request for Leave to File Exhibits in Spanish Language, 06-07-00. | 57 | Granted. |

In San Juan, Puerto Rico, this 20th day of June, 2000.

JUSTO ARENAS
United States Magistrate Judge